UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAUN TIMOTHY PAGE,

         Plaintiff,

     v.

CHRISTINE ANN PAGE, et al.,

         Defendants.

Case No. 25-cv-10354-TSH

**ORDER TO SHOW CAUSE**

On December 2, 2025, Plaintiff Shaun Timothy Page initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On December 10 the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 4. As such, the Court directed Plaintiff to file a first amended complaint January 5, 2026, advising Plaintiff that failure to cure the deficiencies identified in the screening order could lead to dismissal of this case. Plaintiff has failed to respond and has otherwise made no appearance since filing the complaint on December 2.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Shaun Timothy Page to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 30, 2026. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on  at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

United States District Court
Northern District of California

Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: January 16, 2026

THOMAS S. HIXSON
United States Magistrate Judge

2